IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NANCY SUE RINGLER | : | |
| | : | CASE NO. 1:11-bk-00509 |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| NANCY SUE RINGLER | : | |
| | : | |
| | : | OBJECTION TO CLAIM # 5 |
| | : | |
| Movant | : | |
| v. | : | |
| HSBC Bank Nevada, N.A.(BOSCOV'S) | : | |
| | : | |
| Respondent | | |

**O R D E R**

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtor, and after notice and opportunity for hearing thereon, it is hereby
ORDERED AND DECREED that the Proof of Claim filed by the Respondent is disallowed and dismissed.

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(LMW)

Dated: May 21, 2013